UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORRAINE WEINZIMMER, | CIVIL ACTION NO. 3:14-cv-251 |
| Plaintiff, | |
| v. | |
| BENCHMARK ASSISTED LIVING, LLC, K.N.A. BENCHMARK SENIOR LIVING, LLC, LEE ANN TYBURSKI, AND TOM GRAPE | FEBRUARY 28, 2014 |
| Defendants | |

## NOTICE OF REMOVAL OF A CIVIL ACTION

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendants, Benchmark Senior Living, LLC, Lee Ann Tyburski, and Thomas Grape by and through their attorneys, Jackson Lewis PC, respectfully submit this Notice of Removal based upon the following grounds:

1. Plaintiff instituted this action in the Superior Court for the Judicial District of New Haven at New Haven, in the State of Connecticut (hereinafter referred to as the "State Action") and is now pending herein. The State Action has a return date of March 11, 2014.

2. On January 31, 2014, Plaintiff served a copy of the Summons and Complaint in the State Action on Defendant Benchmark Senior Living's registered agent. On February 1, 2014, Plaintiff served a copy of the Summons and Complaint in the State Action on Defendant Lee Ann Tyburski. On February 10, 2014, Plaintiff served a copy of the Summons and Complaint in the State Action on Defendant Thomas Grape. Plaintiff has alleged claims

under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.; Connecticut Wage Hour Laws, Conn. Gen. Stat. § 31-28, et seq.; breach of an implied contract; and quantum meruit/unjust enrichment.  A true and correct copy of the Summons and Complaint is attached as Exhibit A.

3. No further proceedings have been had in the instant action.  Defendant has neither appeared nor served answers or responsive pleadings to Plaintiff's Complaint.

4. Because the action arises under the laws of the United States, this Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

5. This Court has supplemental jurisdiction over the state law claims Plaintiff has asserted in this action pursuant to 28 U.S.C. § 1367.

6. Defendant submits this Notice of Removal without waiving any jurisdictional or other defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

7. This Notice of Removal is filed with this Court within 30 days after receipt by all Defendants of a copy of the Complaint upon which the State Action is based, as calculated under Rule 6 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant hereby gives notice that the State Action is removed from the Superior Court of the State of Connecticut, Judicial District of New Haven at New Haven, to this Court.

        Respectfully submitted,

        BENCHMARK SENIOR LIVING LLC
        LEE ANN TYBURSKI
        THOMAS GRAPE

        By: /s/ Michael J. Passarella
        Michael J. Soltis (CT 07143)
        Michael J. Passarella (CT 28445)
        Jackson Lewis P.C.
        1010 Washington, Blvd., 7th Floor
        Stamford, CT 06901
        Phone: (203) 961-0404
        Facsimile: (203) 324-4704
        Email: passarem@jacksonlewis.com
              soltism@jacksonlewis.com
        THEIR ATTORNEYS

**CERTIFICATION OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing has been served, via Federal Express, this 28th day of February 2014, to counsel of record listed below:

Daniel H. Schneider
Schneider Law Firm, LLC
120 Broad Street North
Milford, CT 06460

/s/ Michael J. Passarella
Michael J. Passarella

4847-6691-3561, v. 1