```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT
```

LORRAINE WEINZIMMER,            : CIVIL ACTION NO.
        PLAINTIFF,              : 3:14-CV-251 (JBA)
                                :
    V.                          :
                                :
BENCHMARK ASSISTED LIVING, LLC, :
ET AL.                          :
        DEFENDANTS.             : JULY 24 2014

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 15(a)(1)(A)(i), Plaintiff, Lorraine Weinzimmer hereby files a notice of dismissal with prejudice, and without costs to any party.

```
                    The Plaintiff
                    LORRAINE WEINZIMMER

                    By:S/Attorney Daniel H. Schneider
                      Fed. Bar No. ct13208
                      Schneider Law Firm, LLC
                      120 Broad Street- First Floor
                      Milford, CT 06460
                      (203) 874-0030
                      Fax: (203) 878-01117
                      Email: Daniel@Schneider-Law-Firm.com
```

### CERTIFICATION

I hereby certify that on the above captioned date, a copy of the foregoing Notice of Dismissal was filed electronically and served by mail on anyone entitled to notice that is unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

filing system or by mail to anyone entitled to notice who is unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECM System.

                                        S/Attorney Daniel H. Schneider
                                        Fed. Bar No. ct13208
                                        Schneider Law Firm, LLC
                                        112 Broad Street North
                                        First Floor
                                        Milford, CT 06460
                                        (203) 874-0030
                                        Fax: (203) 878-01117
                                        Email:Daniel@Schneider-Law-Firm.com